No. 84–6070.   SIMANONOK v. COSTLE ET AL.   C. A. 11th Cir. Certiorari denied.

No. 84–6077.   ROGERS v. UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 84–6095.   TRICKEY v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 84–6096.   STREETER v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 83–6323.   JONES v. EAST BATON ROUGE PARISH SCHOOL BOARD ET AL.   C. A. 5th Cir.   Certiorari denied.   JUSTICE MARSHALL took no part in the consideration or decision of this petition.*

No. 84–95.   NATIONAL ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS v. FEDERAL COMMUNICATIONS COMMISSION ET AL.;
No. 84–504.   NATIONAL ASSOCIATION OF STATE UTILITY CONSUMER ADVOCATES ET AL. v. FEDERAL COMMUNICATIONS COMMISSION ET AL.;
No. 84–816.   PUBLIC SERVICE COMMISSION OF WISCONSIN ET AL. v. FEDERAL COMMUNICATIONS COMMISSION ET AL.;
No. 84–824.   FLORIDA PUBLIC SERVICE COMMISSION v. FEDERAL COMMUNICATIONS COMMISSION ET AL.; and
No. 84–856.   NEW YORK STATE DEPARTMENT OF PUBLIC SERVICE v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir.   Certiorari denied.   JUSTICE O'CONNOR took no part in the consideration or decision of these petitions.*   Reported below: 237 U. S. App. D. C. 390, 737 F. 2d 1095.

No. 84–355.   NEW YORK v. SMITH.   Ct. App. N. Y.   Motion of Attorney General of New York for leave to intervene granted. Certiorari denied.   THE CHIEF JUSTICE and JUSTICE WHITE would grant certiorari.

*See also note, *supra*, p. 1200.